# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

SONIA O'NEAL,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　CIVIL NO. 2007/0056
　　　　　　　　　　　　　　　　　　)
FIRSTBANK PUERTO RICO,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　 )
_____　)
　　　　　　　　　　　　　　　　　　)

## ORDER

THIS MATTER comes before the Court on the Motion to Deem Conceded its Motion to Dismiss filed by Defendant FirstBank Puerto Rico ("FirstBank"). The Court, having reviewed the submissions of the parties and the record herein, and being satisfied in the premises, finds that there is sufficient basis to grant FirstBank's Motion to Deem Conceded its Motion to Dismiss. It is hereby

**ORDERED** that Defendant's Motion to Deem Conceded its Motion to Dismiss is hereby **GRANTED**.

**ENTER**:

**DATE:** February 25, 2008　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　**RAYMOND L. FINCH**
　　　　　　　　　　　　　　　　　　**DISTRICT COURT JUDGE**