# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| SONIA O'NEAL )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>)<br>FIRST BANK PUERTO RICO )<br>)<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 2007/0056 |

## **ORDER**

FINCH, J.

THIS MATTER comes before the Court on the application of Defendant FirstBank Puerto Rico for attorneys' fees and costs.  The Court having reviewed the application and accompanying affirmation of counsel and having considered the premises herein, it is hereby

**ORDERED** that Defendant's Application for Attorneys' Fees and Costs is **GRANTED**.  It is further

**ORDERED** that Defendant shall recover from Plaintiff, $2000.00 in fees.


ENTERED this 21st day of August, 2008.


　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　**HONORABLE RAYMOND L. FINCH**
　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

Case: 1:07-cv-00056-RLF-GWC Document #: 10 Filed: 08/21/08 Page 2 of 2

2